UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Gregory McNeill, et al.,

        Plaintiff,

v.

Case Number 22-cv-11661
Honorable Bernard A. Friedman

Carter-Jones Companies, Inc.,

        Defendant.
_____/

## ORDER OF VOLUNTARY DISMISSAL

On August 18, 2022, Plaintiff filed a stipulation of voluntary dismissal of its claims against the defendant [ECF No. 8]. The defendant has not answered or otherwise responded to the complaint. The Court therefore will dismiss the case without costs to any party.

Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is **ORDERED** that the case is **DISMISSED** *without prejudice*.

Dated: August 19, 2022
Detroit, Michigan

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE